IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| KATRINA MAXWELL,<br><br>    Plaintiff,<br><br>v.<br><br>POAG SHOPPING CENTERS, LLC,<br><br>    Defendant. | CIVIL ACTION FILE NO.:<br><br>1:17-cv-03609-TWT<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

Upon Joint Motion by the parties to approve the settlement of the Fair Labor Standards Act ("FLSA") claim in this action, and to dismiss this action with prejudice, and the Court having reviewed the Joint Motion and attached Settlement Agreement, and being otherwise sufficiently advised, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED by this Court that:

1. The Joint Motion for Approval of Settlement and Dismissal With Prejudice is GRANTED.

2. The Settlement Agreement resolving the FLSA claim Plaintiff brought in this action, submitted as Exhibit A to the parties' Joint Motion, is

fair and reasonable, satisfies the standard for approval under Section 16(b) of the FLSA, 29 U.S.C. § 216(b), and is therefore APPROVED.

3. The Court ORDERS that the settlement be implemented according to the terms and conditions contained therein.

4. This action is DISMISSED WITH PREJUDICE in its entirety.

5. All parties are to bear their own attorneys' fees and costs, except as otherwise outlined in the Agreements between them.

6. The Court retains jurisdiction to enforce this Order.

7. The Clerk is hereby directed to close this case.

IT IS SO ORDERED this 20th day of February, 2018.

    /s/Thomas W. Thrash
THOMAS W. THRASH, JR.
CHIEF UNITED STATES DISTRICT JUDGE